# RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725

E-MAIL: rlind@lindlawyer.com

WEBSITE: www.richardlindlawyer.com

March 18, 2020

**_By ECF_**

Hon. Eric L. Komitee
United States District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    United States v. Richard A. Barker
                   20 CR 45 (EK)

Dear Judge Komitee:

      Last week, I was appointed as the CJA attorney for Defendant Barker in the above-captioned matter. This Court has fixed April 6, 2020 as the date for an initial conference in this case. In light of the coronavirus pandemic, I am writing to request either a two-week or three-week extension of time for the conference or permission for counsel and Mr. Barker to conduct the conference by telephone on April 6, 2020. Although the prosecutors had no objection to my proposal, the latter alternative was proposed by the government probably because they would have to travel from Washington, DC to the Court.

      Thank you for the Court's consideration of this request.

                                            Respectfully submitted,

                                            Richard B. Lind

cc: All Counsel (by ECF)